# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jamonte D. Baker,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

vs.                                                     3:09-cv-345-MU

I. J. Reitz, Detective, Charlotte Police Department;
Richard M. Thompson, Attorney at Law;
Peter S. Gilchrist, III, District Attorney; and
Robert P. Johnson, Superior Court Judge,

    Defendants.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2009 Order.

                                                      Signed: August 14, 2009

                                                      FRANK G. JOHNS, CLERK OF COURT

                                                      BY:  s/Wendy Brinley
                                                               Wendy Brinley, Deputy Clerk